IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TONYA RENEE CRAFT,

    Plaintiff,

v.                                                          CIVIL ACTION FILE
                                                            NO. 4:10-CV-0068-HLM

SANDRA LAMB, et al.,

    Defendants.

## ORDER

This case is before the Court on the Motion to Stay Discovery filed by Defendants Deal, Catoosa County, Georgia, The Catoosa County Sheriff's Department, Summers, and Greenhouse Children's Advocacy Center [43], the Motion to Stay Discovery filed by Defendant Lamb [44], the Motion to Stay All Discovery filed by Defendant Joal Henke [49], the Motion to Stay All Discovery filed by Defendant Sarah Henke [50], and the Motion to Stay Discovery filed by Defendants Dewayne Wilson and Sheri Wilson [51].

AO 72A

A number of Defendants have filed Motions requesting that the Court stay discovery in this case, including all disclosures and planning conferences required by Federal Rule of Civil Procedure 26 and Local Rules 26.1 and 16.2, pending the Court's rulings on the various currently pending Motions to Dismiss and Motions for More Definite Statement. (Docket Entry Nos. 43-44, 49-51.) The time period in which Plaintiff could respond to the Motions to Stay has not yet expired; however, the Court concludes that a response from Plaintiff is not necessary because the requested stay will not be lengthy and therefore will not prejudice Plaintiff. The Court further finds that concerns of judicial economy and efficiency warrant staying discovery in this case pending the Court's ruling on all of the currently pending Motions to Dismiss and Motions for More Definite Statement. The Court therefore will stay discovery in this action, including any planning conferences and disclosures required by Federal Rule of Civil Procedure 26 and Local Rules

26.1 and 16.2, until the Court issues rulings on all of the currently-pending Motions to Dismiss and Motions for More Definite Statement.[1]

ACCORDINGLY, the Court **GRANTS** the Motion to Stay Discovery filed by Defendants Deal, Catoosa County, Georgia, The Catoosa County Sheriff's Department, Summers, and Greenhouse Children's Advocacy Center [43], **GRANTS** the Motion to Stay Discovery filed by Defendant Lamb [44], **GRANTS IN PART AND DENIES WITHOUT PREJUDICE IN PART** the Motion to Stay All Discovery filed by Defendant Joal Henke [49], **GRANTS IN PART AND DENIES WITHOUT PREJUDICE IN PART** the Motion to Stay

---

[1]The Court denies without prejudice the portions of the Motions to Stay All Discovery filed by Defendant Joal Henke and Sarah Henke that appear to request a stay of discovery pending any potential motions to dismiss or motions for more definite statement relating to a potentially forthcoming amended complaint. The Court can address any requests for stays relating to those motions in the event that the potential amended complaint and the related potential motions to dismiss or motions for more definite statement become realities.

3

All Discovery filed by Defendant Sarah Henke [50], and **GRANTS** the Motion to Stay Discovery filed by Defendants Dewayne Wilson and Sheri Wilson [51].  The Court **STAYS** all discovery in this action, including the disclosures and planning conferences required by Federal Rule of Civil Procedure 26 and Local Rules 26.1 and 16.2, pending rulings on the various pending Motions to Dismiss and Motions for More Definite Statement.  The Court **DENIES WITHOUT PREJUDICE** the portions of the Motions to Stay filed by Defendants Joal Henke and Sarah Henke that appear to request a stay of discovery pending any potential motions to dismiss or motions for more definite statement relating to a potentially forthcoming amended complaint.

IT IS SO ORDERED, this the 18th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE