IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TONYA RENEE CRAFT,

    Plaintiff,

v.

    CIVIL ACTION FILE
    NO. 4:10-CV-0068-HLM

SANDRA LAMB, et al.,

    Defendants.

## ORDER

This case is before the Court on Defendant Lamb's Motion for Sanctions [167].

On December 7, 2010, Plaintiff voluntarily dismissed this action, and the Clerk closed this case. (Docket Entries Nos. 165-66; Unnumbered Docket Entries Dated Dec. 7, 2010.) Later on that same day, Defendant Lamb filed her Motion for Sanctions. (Docket Entry No. 167.) In that Motion, Defendant Lamb asserts that her counsel demanded that Plaintiff dismiss this action, but that Plaintiff had refused to do so. (Id.) Given that Plaintiff voluntarily dismissed this lawsuit before Defendant Lamb filed her Motion for Sanctions,

it appears that the Motion for Sanctions is moot. The Court therefore will deny the Motion for Sanctions without prejudice. Although Defendant Lamb still may re-file the Motion for Sanctions if she and her counsel feel that circumstances justify the Motion, the Court cautions counsel that the Court awards sanctions under Federal Rule of Civil Procedure 11 only in extreme circumstances.

ACCORDINGLY, the Court **DENIES WITHOUT PREJUDICE** Defendant Lamb's Motion for Sanctions [167].

IT IS SO ORDERED, this the 8㏄ day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

AO 72A